UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEXIS GUZMAN, | ) Case No. CV 15-4467-CAS(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MARTIN BITER, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: <u>January 21, 2016</u>

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge